HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
MORIAH S. RADIN (Bar No. 260245)
SAMUEL JOSEPHS (Bar No. 284035)
Moriah_Radin@fd.org
Samuel_Josephs@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
ALDO SERNA AVILA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-845-R |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTIONS** |
| v. | |
| ALDO SERNA AVILA, | |
| Defendant. | |

FOR THE REASONS SET FORTH ON THE RECORD, IT IS HEREBY

ORDERED that the following motions are DENIED:

Defendant's Motion to Dismiss Case due to Misinstruction of the Grand Jury

(Dkt. No. 44); Defendant's Motion In Limine to Exclude Prior Conviction (Dkt. No.

46); Defendant's Motion In Limine to Exclude Expert Testimony (Dkt. No. 49);

Defendant's Motion to Compel Discovery (Dkt. No. 50); Defendant's Motion to

Dismiss Indictment due to Outrageous Government Conduct (Dkt. No. 78).

DATED:      November 21, 2014

HON. MANUEL L. REAL
United States District Judge

Presented by:
*/s/ Moriah S. Radin*
Deputy Federal Public Defender